1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. BOX 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131
   besshelena@earthlink.net
5
   Attorneys for Plaintiff
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  **LINDA-LISA MAGNUSON**        )    **Case No. 10-cv-02324-PVT**
                                   )
11                                 )
                                   )
12                                 )    xxxxxxxxxxx₁] **STIPULATION AND ORDER**
            **Plaintiff,**         )    **EXTENDING PLAINTIFF'S TIME TO**
13                                 )    **FILE MEMORANDUM IN SUPPORT**
    **v.**                         )    **OF SUMMARY JUDGMENT AND**
14                                 )    **DECLARATION**
    **MICHAEL J. ASTRUE**          )
15  **Commissioner of Social Security** )
    **of the United States of America,** )
16                                 )
            **Defendant.**         )
17                                 )
                                   )
    _____    )
18

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this

21  case is hereby extended from its current due date of  October 12, 2010, to November 12, 2010. This is

22  plaintiff's first request for an extension of time and  is required due to plaintiff's counsel's impacted

23  briefing schedule.   *See*, Declaration of Bess M. Brewer set forth below

24

25  / / /

26  / / /

27  / / /

28

                                        1

1   Dated: October 12, 2010                    *s/Bess M. Brewer*
                                              BESS M. BREWER
2                                             Attorney at Law

3                                             Attorney for Plaintiff

4   Dated: October 12, 2010                    McGregor W. Scott

5                                             United States Attorney

6                                             */s/ Elizabeth Firer*
                                              ELIZABETH FIRER
7                                             Special Assistant U.S. Attorney
                                              Attorney for Defendant
8

9                  **DECLARATION OF BESS M. BREWER**

10

11  **DECLARATION OF BESS M. BREWER**

12  I, Bess M. Brewer, Declare:

13         1.      I represent the plaintiff in the above referenced case  pending in this court and submit

14  this declaration in support of plaintiff's stipulated request for an extension of time to file his motion

15  for summary judgment.

16         2.      Due to my extremely busy briefing schedule and need to give older cases briefing

17  priority, I will require additional time to complete Ms. Magnuson's Motion for Summary Judgment

18  and Memorandum.

19         3.      This is my first request for an extension of time to file Ms. Magnuson's summary

20  judgment and the granting of this stipulated request will not have an appreciable effect on the briefing

21

22  of this case.

23         I declare under the penalty of perjury that the foregoing is true and correct to the best

24  of my knowledge, and that this declaration was executed on October 12, 2010,  in Sacramento,

25  California.                                  /s/ Bess M. Brewer
                                              BESS M. BREWER
26

27

28

                                              2

1

**ORDER**

2

3

APPROVED AND SO ORDERED.

4

5

6     DATED:        October 13, 2010

7                                                  HONORABLE PATRICIA V. TRUMBULL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28