UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA-LISA MAGNUSON, ) | Case No.: C 10-02324 PSG |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| MICHAEL J. ASTRUE, COMMISSIONER ) OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

On October 13, 2010, the court granted the parties' stipulation to extend the time for Plaintiff Linda-Lisa Magnuson to file a motion for summary judgment from October 12, 2010 to November 12, 2010. To date, a summary judgment motion has not been filed. Accordingly, Ms. Magnuson is ordered to show cause in writing no later than January 18, 2011 why the case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: January 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*