MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA-LISA MAGNUSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. C10-02324 PSG <br><br> STIPULATION AND ORDER FOR EXTENSION |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment, up to and including March 21, 2011 (day 30 falls on a Sunday). This extension is being sought due to the heavy appellate work of the undersigned counsel for the Commissioner. Counsel has two appellate briefs due in the month of February, David Fernandes, Case #10-15344 and Rebecca Bukner-Larkin, Case # 09-17751. She also had to participate in a medication conference in another Ninth Circuit case, Donna Zamora, Case # 10-17787. In addition to this work, between the time Plaintiff filed her Motion for Summary Judgment and February 18, 2011, Counsel had to file another Ninth Circuit brief in Monique Williams, Case #09-17627 and four district court briefs. Given this workload, Counsel has been unable to complete the Commissioner's brief in this case by the original due date and respectfully requests that the Court extend the Commissioner's time to respond to Plaintiff's Motion until March 21,

2011.

Dated: February 17, 2011

/s/ *Bess M. Brewer*
 *(As authorized via email*)
BESS M. BREWER
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: February 17, 2011

By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including March 21, 2011, to respond to Plaintiff's Motion for Summary Judgment.

Dated: February 18, 2011

PAUL SINGH GREWAL
United States Magistrate Judge