UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA-LISA MAGNUSON,<br>　　　　　Plaintiff,<br>　　v.<br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　Defendant. | Case No.: C 10-02324 PSG<br><br>**ORDER DISSOLVING JANUARY 4, 2011 ORDER TO SHOW CAUSE**<br><br>**[Docket No. 18]** |

　　The court ordered Plaintiff Linda-Lisa Magnuson ("Magnuson") to respond in writing no later than January 18, 2011 to an order to show cause why the case should not be dismissed for failure to prosecute.[1] Magnuson failed to file a motion for summary judgment on November 12, 2010 as ordered. On January 18, 2011, Magnuson explained that her counsel had failed to re-calendar the summary judgment motion after the court had granted an extension to file it.[2] She explains that the error was negligent but inadvertent, and requests that the court review her claim on the merits.[3] Having reviewed the response,

---

[1] *See* Docket No. 18.

[2] *See* Docket No. 20.

[3] *See id.*

ORDER, *page 1*

1    IT IS HEREBY ORDERED that the January 4, 2011 Order to Show Cause is dissolved.

2  Dated:    April 25, 2011

                                        PAUL S. GREWAL
                                      United States Magistrate Judge